UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:26 MJ 9014 RHH |
| DEWAYNE TAYLOR,<br>a/k/a DWANE TAYLOR, | ) | |
| Defendant. | ) | |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

The United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Paul J. D'Agrosa, Assistant United States Attorney for said District, moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged by complaint with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), an offense carrying a maximum of 15 years' imprisonment.

2. Defendant poses a danger to the community and is a flight risk.

3. On April 3, 1995, defendant was convicted of murder second degree and armed criminal action and sentenced to serve a term of life imprisonment. According to the records of the Circuit Court for the City of St. Louis, Defendant admitted to the following:

THE DEFENDANT ALONG WITH OTHER JUVENILES INCLUDING CORTEZ HOPKINS ENGAGED IN AN ARGUMENT AND FIGHT WITH ANOTHER GROUP OF YOUTHS. THIS WAS GANG RELATED. THE DEFENDANT OBTAINED A SHOTGUN AND FIRED AT RICHARD WOMACK IN AN EFFORT TO KILL HIM AND IN THE COURSE THEREOF SHOT LATRINA FIELDS FOUR TIMES KILLING HER. HE WAS IDENTIFIED AS THE SHOOTER BY SEVERAL WITNESSES AT THE SCENE INCLUDING J. DOE. THE WEAPON WAS RECOVERED AND THE DEFENDANT ADMITTED HE SHOT AT WOMACK CLAIMING HE HAD A GUN WHICH WAS NOT SUBSTANTIATED BY ANY OTHER PERSON AT THE SCENE.

4. Defendant was subsequently paroled. While on parole, E.D. was murdered on December 16, 2014. J.D. was murdered on January 16, 2015. Defendant was indicted by a federal Grand Jury for conspiracy to distribute heroin and for killing E.D. and J.D. in the course of committing a drug trafficking crime. Due to evidentiary issues, the case was dismissed by the United States, without prejudice.

5. Defendant was returned to the Missouri Department of Corrections and re-released on parole. On March 21, 2024, a Full Order of Protection was issued against Defendant following a hearing in which the Circuit Court found that allegations of domestic violence, stalking, and/or sexual assault had been proven against Defendant.

6. Defendant remains on parole. The Missouri Board of Probation and Parole has confirmed that Defendant was most recently released back on parole March 28, 2025. His registered residence on Hornsby Avenue is the residence searched by law enforcement pursuant to the federal search warrant and where Defendant was found on January 13, 2026 in possession of narcotics and firearms. In December of 2025, Members of Homeland Security Investigations (HSI) received information in reference to the drug trafficking activities of Defendant. According to confidential source (CS), Defendant has been distributing large amounts of fentanyl throughout the St. Louis Area.

7. The CS identified Defendant as an associate of a local criminal organization responsible for the distribution of fentanyl. According to the CS, Defendant facilitates and conducts illicit narcotic transactions with various consumers. Investigators have conducted

countless hours of surveillance at Defendant's residence and Defendant has been observed coming and going from his residence to conduct illicit narcotics transactions.

8. At the direction of law enforcement, the CS purchased fentanyl, methamphetamine, MDMA and cocaine from Defendant in December, 2025, on two different occasions. A search warrant was obtained for Defendant's residence. On January 13, 2026, during the execution of the search warrant, Defendant was found to be the sole occupant of his residence and was found in possession of the following controlled substances:

a. Approximately 1,042 grams of suspected methamphetamine, field tested positive.
b. Approximately 119 grams of suspected cocaine base (crack cocaine), field tested positive.
c. Approximately 52 grams of suspected fentanyl, field tested positive.
d. Approximately 2 kilograms of suspected MDMA.
e. Approximately 294 grams of suspected controlled substances, as of yet unidentified.
f. Approximately 37 grams of suspected powder cocaine, field tested positive.

Final lab analysis is pending.

9. In addition to the narcotics, Defendant was found in possession of two firearms: a Smith and Wesson, SW 40VE, .40 caliber, semi-automatic pistol, bearing Serial #PBN0521 and a Smith and Wesson M & P Bodyguard, .380 caliber, semi-automatic pistol, bearing Serial #KC14105.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Paul J. D'Agrosa*
PAUL J. D'AGROSA, 36966MO
Assistant United States Attorney